Jim JONES, Appellant,

v.

NORTH KANSAS CITY IRON &
METAL, LLC., Defendant;

Division of Employment Security,
Respondent.

No. WD 62690.

Missouri Court of Appeals,
Western District.

April 20, 2004.

David Thurman Greis, Kansas City, MO,
for Appellant.

Marilyn Gail Green, Jefferson City, MO,
for Respondent.

Before VICTOR C. HOWARD, P.J.,
HAROLD L. LOWENSTEIN, and
JAMES M. SMART, JR., JJ.

### ORDER

PER CURIAM.

Jim Jones appeals the Labor and Industrial Relations Commission's judgment that he was disqualified for unemployment benefits because he left his employment voluntarily without good cause. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).